# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

ROBERT BLAKE,

                Plaintiff,

v.                                          CIVIL ACTION NO.  2:10-cv-01124

TRUSTEE CLERK ABBIE HART

                Defendant;

---

ROBERT JOSEPH BLAKE,

                Plaintiff,

v.                                          CIVIL ACTION NO.  2:10-cv-01242

MARY ANN KENDRECK, et al.

                Defendants;

---

ROBERT BLAKE,

                Plaintiff,

v.                                          CIVIL ACTION NO.  2:10-cv-01320

LISA R. FRYE, et al.

                Defendants;

---

ROBERT BLAKE,

                Plaintiff,

v.                                          CIVIL ACTION NO.  2:10-cv-01321

WARDEN DAVID BALLARD,

                Defendant;

ROBERT BLAKE,

                Plaintiff,

v.                                    CIVIL ACTION NO.  2:10-cv-01322

JESSICA MILLER, et al.

                Defendants;

---

ROBERT BLAKE,

                Plaintiff,

v.                                    CIVIL ACTION NO.  2:10-cv-01323

BE MORE, et al.

                Defendants;

---

ROBERT BLAKE,

                  Plaintiff,

v.                                    CIVIL ACTION NO.  2:10-cv-01324

ABBIE HART, et al.

                Defendants;

---

ROBERT BLAKE,

                  Plaintiff,

v.                                    CIVIL ACTION NO.  2:10-cv-01325

CO DAVID TONY, et al.

                Defendants;

ROBERT BLAKE,

        Plaintiff,

v.                CIVIL ACTION NO.  2:10-cv-01331

VALORIE ADKINS, et al.

        Defendants;

---

ROBERT BLAKE,

        Plaintiff,

v.                CIVIL ACTION NO.  2:10-cv-01353

MATAINENTE, et al.

        Defendants;

---

ROBERT BLAKE,

        Plaintiff,

v.                CIVIL ACTION NO.  2:11-cv-00030

COUNSELOR JOEY ELLIOTT, et al.

        Defendants;

---

ROBERT BLAKE,

        Plaintiff,

v.                CIVIL ACTION NO.  2:11-cv-00031

CO BRADE, et al.

        Defendants;

ROBERT BLAKE,

           Plaintiff,

v.                                      CIVIL ACTION NO.  2:11-cv-00147

NILE COOPER, et al.

           Defendants;

---

ROBERT BLAKE,

           Plaintiff,

v.                                      CIVIL ACTION NO.  2:11-cv-00136

KEEFE COMMISSARY,

           Defendant.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered this day, the Court **DISMISSES** Petitioner Robert Blake's complaints under 42 U.S.C. § 1983 and **DISMISSES** the above-styled cases from the docket.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                  ENTER: June 3, 2011

                                  THOMAS E. JOHNSTON
                                  UNITED STATES DISTRICT JUDGE